■ MICHAEL WACHOWICZ et al., as Coadministrators of the Estate of MICHAEL WACHOWICZ, Deceased, Respondents, v LINDA S. CZARNECKI, Appellant. [595 NYS2d 271] —Order unanimously affirmed with costs. Memorandum: Supreme Court properly denied defendant's motion for summary judgment in this action to recover damages stemming from the death of 13-year-old Michael Wachowicz. Defendant has failed to establish, as a matter of law, that death was instantaneous or that decedent was incapable of experiencing pain from the time of the accident at 7:43 P.M. until he was officially pronounced dead at 8:15 P.M., as reflected in the death certificate *(see, Jehle v Hertz Corp.,* 174 AD2d 812).

Whether plaintiffs are entitled to recover damages for the wrongful death of decedent cannot be determined as a matter of law. Determination thereof is a matter resting within the jury's province *(see, Parilis v Feinstein,* 49 NY2d 984, 985). (Appeal from Order of Supreme Court, Erie County, Joslin, J. —Summary Judgment.) Present—Callahan, J. P., Green, Balio, Lawton and Doerr, JJ.